

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DONALD BARNES** | **CIVIL ACTION** |
| **VERSUS** | **NO. 06-2827** |
| **BURL CAIN, WARDEN** | **SECTION "N"(5)** |

### ORDER

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the objections to the Magistrate Judge's Report and Recommendation filed by the petitioner on October 19, 2007, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.

Therefore, **IT IS ORDERED** that the petition of Donald Barnes for issuance of a writ of habeas corpus under 28 U.S.C. §2254, is hereby **DENIED WITH PREJUDICE**.

New Orleans, Louisiana, this 2nd day of November, 2007.

UNITED STATES DISTRICT JUDGE

```
__ Fee_____
__ Process___
 X Dktd_____
 _ CtRmDep__
__ Doc. No.__
```